**Byron Joseph KNOX, Plaintiff—Appellant,**

v.

**Joseph M. BROOKS, Warden, Defendant—Appellee.**

**No. 08–7791.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 25, 2009.

Susan Lynn Watt, Assistant United States Attorney, Norfolk, VA, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron Joseph Knox appeals the district court's order dismissing as untimely his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Knox v. Brooks,* No. 2:06–cv–00221–JBF–TEM (E.D.Va. Aug. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*